**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-80820-CIV-SMITH/REINHART**

BELLAIRE MULTIFAMILY PROPERTY
MANAGEMENT LLC, on behalf of itself
and all others similarly situated,

    Plaintiff,
vs.

LYNDON SOUTHERN INSURANCE
COMPANY, *et al.*,

    Defendants.
_____/

**ORDER AFFIRMING AND ADOPTING IN PART**
**REPORT OF MAGISTRATE JUDGE**

    This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Defendants' Motion to Transfer Venue [DE 58] and Plaintiff's Objections [DE 60].  The Report and Recommendation recommends granting Defendant's Motion to Transfer Venue [DE 35] and denying all remaining motions as moot.  Plaintiff does not object to granting the Motion to Transfer Venue but does object to the denial of its pending Motion for Leave to File Second Amended Complaint [DE 51].  Plaintiff argues the Motion for Leave to File Second Amended Complaint is not moot and the transferee court should rule on the motion.  While the remaining motions, including Plaintiff's Motion for Leave to File Second Amended Complaint, should be terminated in this Court's docket upon transfer, these motions are not moot and should remain pending for the transferee judge to address.  Accordingly, having reviewed the Report and Recommendation, Plaintiff's Objections, the Motion to Transfer Venue, and the record, it is

    **ORDERED** that:

1)   The Magistrate Judge's Report and Recommendation on Defendants' Motion to Transfer Venue [DE 58] is **AFFIRMED and ADOPTED in part.**

2)   Defendant's Motion to Transfer Venue [DE 35] is **GRANTED.**  The Clerk shall **TRANSFER** this case to the Middle District of Florida, Jacksonville Division for all further proceedings.

3)   All pending motions not otherwise ruled upon are **TERMINATED.**

4)   This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of March, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record