**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BELLAIRE MULTIFAMILY
PROPERTY MANAGEMENT LLC,
on behalf of itself and all others
similarly situated,

      Plaintiff,

v.                                      Case No.   3:25-cv-244-MMH-PDB

LYNDON SOUTHERN
INSURANCE COMPANY, et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 118; Stipulation) filed on October 28, 2025. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own costs, expenses, and attorney's fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of October, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record